UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 24-24267-CIV-MORENO**

WINDY LUCIUS,

Plaintiff,

vs.

NOVASKIN AESTHETICS & WELLNESS, INC.,

Defendant.

_______________________________________/

**FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice **(D.E. 10)**, filed on **April 2, 2025**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Further, all pending motions are **DENIED** as moot with leave to renew if appropriate. The Clerk is directed to close the case.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd of April 2025.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record